■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMPSON TAYLOR, Appellant. [17 NYS3d 299]—Judgment, Su-

preme Court, New York County (Edward J. McLaughlin, J.), rendered July 9, 2013, as amended July 24, 2013, convicting defendant, upon his plea of guilty, of criminal sale of a firearm in the first degree and conspiracy in the fourth degree, and sentencing him to an aggregate term of 16 years, unanimously affirmed.

Defendant's argument that his guilty plea was invalid because the court failed to advise him of one of his rights under *Boykin v Alabama* (395 US 238 [1969]) is unpreserved (*see e.g. People v Jackson*, 114 AD3d 807 [2d Dept 2014], *lv denied* 22 NY3d 1199 [2014]), and we decline to review it in the interest of justice. Unlike the situation in *People v Tyrell* (22 NY3d 359, 364 [2013]), defendant had the opportunity to move to withdraw his plea or otherwise raise the issue, and the deficiency did not rise to the level of a mode of proceedings error. As an alternative holding, we find that the record establishes the voluntariness of the plea (*see Tyrell*, 22 NY3d at 365; *see also People v Harris*, 61 NY2d 9, 16-19 [1983]).

We perceive no basis for reducing the sentence. Concur— Friedman, J.P., Andrias, Saxe, Gische and Kapnick, JJ.